UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OLIVER VENTRY | CIVIL ACTION |
| VERSUS | NO. 10-1972 |
| MISS RUBY WILLIAMS VENTRY ET AL. | SECTION "A"(2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's state law claims are hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and his federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

August 27, 2010

_____
UNITED STATES DISTRICT JUDGE